DAVID A. SMYTH, **SBN 58339**
Attorney at Law
1990 North California Bl., #830
Walnut Creek, CA 94596
**Tel:** 925/933-4541
**Fax:** 925/932-7077
*dsmyth2_@hotmail.com*

Attorney for Debtors
SALVADOR R. SOLORZANO
MARIA C. SOLORZANO

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

In re:

SALVADOR R. SOLORZANO,
MARIA C. SOLORZANO,

              Debtors.        /

CHAPTER 13
CASE NO. 10-72847-RLE13

**DEBTORS' PRE HEARING STATEMENT**

Confirmation Hearing -
Date: 3/8/11
Time: 1:30pm
Ctrm: 201
1300 Clay Street, Oakland, CA
Judge Roger L. Efremsky

      This matter was set for hearing because the Chapter 13 Trustee did not believe that the debtors could afford the plan that they proposed.

      The debtors filed an Amended Schedule D and an Amended Chapter 13 Plan on February 2, 2011 eliminating the $12,000.00 arrears to the Contra Costa County Tax Collector. Claim No. 4 filed on February 15, 2011 by the debtors' first mortgage holder shows that these property tax arrears were paid by the mortgage holder.

      The debtors' Amended Chapter 13 Plan proposes to pay $300.00 per month for the first 4 months of the plan, increasing in April 2011 to $1165.00 per month for the remaining 56 months. The amended plan pays all claims in the amounts filed.

      The debtors state that they can afford the above-described plan because Mr. Solorazano will be receiving a $400/Mo. raise. In addition, the debtors' two adult children, both of whom live at home and are employed, can each add $200/Mo. to what they are currently

1

1 contributing to the family budget.

2 The debtors request that the proposed Amended Chapter 13 Plan be confirmed.

4 **DATED:** February 28, 2011 Respectfully submitted

/s/ David A. Smyth
DAVID A. SMYTH
Attorney for Debtors

2